IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSHUA ANTHONY JAMES BUTLER | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 19-515 |
| | : | |
| OFFICER LOMBARDO | : | |

## ORDER

**AND NOW**, this 4th day of November 2019, upon considering Defendant Lombardo's Motion to dismiss (ECF Doc. No. 22), with no opposition, and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. Officer Lombardo's Motion (ECF Doc. No. 22) is **GRANTED** without prejudice to the *pro se* Plaintiff filing a second amended Complaint no later than **December 6, 2019** consistent with the accompanying Memorandum and Fed. R. Civ. P. 11 if he can plead a good faith basis consistent with the accompanying Memorandum as to Officer Lombardo; and,

2. The parties and Clerk of Court shall amend the caption as above to reflect the correct spelling of Officer Lombardo.

_____
KEARNEY, J.